### Ex Parte T. J. Robertson.

No. 1426.  Decided October 11, 1911.

**Habeas Corpus—Bail.**

Where there is no statement of facts, or evidence in the record sustaining the relator's petition to the Court of Criminal Appeals, the application must be refused.

From Galveston County.

Original habeas corpus proceedings asking release from further confinement in jail.

The opinion states the case.

*Marsene Johnson,* for relator.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Relator presented an application to this court, praying for a reduction in the amount of his bond, alleging that he was sick, and from his confinement he had contracted disease, and longer confinement might prove fatal. The allegations in the petition are not evidence, and there being no statement of facts in the record, the application is refused, and relator remanded. Ex parte Naill, 59 Texas Crim. Rep., 140.

*Relator remanded to custody.*

Davidson, Presiding Judge, absent.